UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FRANCIS SLOTCAVAGE,  :

          Petitioner,  :  Civil Action No. 06-3254 (NLH)

          v.  :  **ORDER**

COMMONWEALTH OF PENNSYLVANIA,  :
et al.,
            :
          Respondents.

For the reasons set forth in this Court's Opinion filed herewith,

IT IS ON THIS 26th day of September, 2006;

ORDERED that this action is hereby transferred to the United States District Court for the Eastern District of Pennsylvania; and it is further

ORDERED that the Clerk of the Court shall effectuate the transfer on an expedited basis, pursuant to 28 U.S.C. § 1404(a), shall serve a copy of this Opinion and Order by certified mail upon Petitioner and all named Respondents, and shall close this Court's file in this matter.

                                              */s/ Noel L. Hillman*
                                              Noel L. Hillman
                                              United States District Judge

At Camden, New Jersey